**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2145**

KENNETH J. WARN,

         Plaintiff - Appellee,

   v.

JANAY SEARS,

         Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge.  (8:23-cv-02466-PJM)

Submitted:  January 23, 2025                     Decided:  January 28, 2025

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Janay Sears, Appellant Pro Se.  David I. Schoen, DAVID I. SCHOEN, ATTORNEY AT LAW, Montgomery, Alabama, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janay Sears seeks to appeal the district court's order granting in part Appellee Kenneth Warn's motion to compel discovery and for sanctions and ordering her to pay the expense of a hired court reporter and the fees Warn's attorney incurred preparing for a deposition she did not attend.  Warn moves to dismiss the appeal for lack of jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949).  The order Sears seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Warn's motion to dismiss and dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*